**DISMISS and Opinion Filed May 15, 2024**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00872-CV**

**PURE DENTISTRY PLLC, PRUDENT FAMILY DENTISTRY OF MCKINNEY PLLC, SUKHRAJ KHASSA AND SARABJIT KHASSA, Appellants**
**V.**
**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16115**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Carlyle
Opinion by Chief Justice Burns

Before the Court is appellants' motion to dismiss the appeal. We **GRANT**

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230872F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PURE DENTISTRY PLLC,
PRUDENT FAMILY DENTISTRY
OF MCKINNEY PLLC, SUKHRAJ
KHASSA AND SARABJIT
KHASSA, Appellants

No. 05-23-00872-CV          V.

BANK OF AMERICA, N.A.,
Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-16115.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BANK OF AMERICA, N.A. recover its costs of this appeal from appellants PURE DENTISTRY PLLC, PRUDENT FAMILY DENTISTRY OF MCKINNEY PLLC, SUKHRAJ KHASSA AND SARABJIT KHASSA.

Judgment entered May 15, 2024

–2–